1  **ROBERTS & ELLIOTT LLP**
   JAMES ROBERTS, SBN 98804
2  SHARMI SHAH SBN 233110
   Ten Almaden Boulevard
3  Suite 500
   San Jose, CA   95113
4  Telephone:   (408) 275-9800
   Fax:              (408) 287-3782
5  e-mail:
   Jroberts@robertselliott.com
6  sshah@robertselliott.com

7  Attorneys for Claimant
   Maria Reyna
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 United States of America,            )    No. CV 08 2968 WHA
                                        )
12          Plaintiff,                  )
                                        )
13 v.                                   )    **CLAIM ASSERTING INTEREST AND**
                                        )    **CONTESTING FORFEITURE**
14 APPROXIMATELY $23,729 IN UNITED      )
   STATES CURRENCY,                     )
15                                      )
            Defendant,                  )
16 _____  )
                                        )
17 In re,                               )
                                        )
18 Claim of Maria Reyna                 )
                                        )
19 _____  )

20      Claimant: Maria Reyna asserts an ownership interest in the Defendant to the

21 exclusion of all others, including Plaintiff.

22      Claimed property: $23,729.00 US currency

23      1.   Claimant is an individual residing at 620 Hamilton, Menlo Park, California.

24      2.   Claimant has an interest in the claimed property. Claimant is the owner.

25      3.   Claimant denies that the property is subject to forfeiture.

26      4.   Claimant is an innocent owner of the res seized and the acts or omissions

27 alleged as the basis of the forfeiture are without the knowledge fo the claimant.  The

28 property is not contraband, not proceeds of sales of controlled substance or listed

1  chemical, not been used to import, export, transport, or store any controlled substance
2  or listed chemical, and have not been used to facilitate sales of controlled substances.
3       5.   Claimant's interest in the right to or value of the claimed property is as to
4  all.
5       Claimant requests that the claimed property not be forfeited, that claimant's
6  interest in the claimed property not be ordered forfeited, and the property be returned to
7  the Claimant.
8
9                              ROBERTS & ELLIOTT LLP
10 DATED: 7-3-08              By:  /s/ James Roberts
                                   JAMES ROBERTS, Esq.
11                                 Attorneys for Claimant Maria Reyna
12                      **VERIFICATION BY CLAIMANT**
13      I am the claimant and have read this claim. I declare under penalty of perjury
14 under the laws of the State of California that the foregoing is true and correct.
15 DATED: 7/3/08             By: Maria Reyna
16                                 Maria Reyna