1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   DAVID B. COUNTRYMAN (CSBN 226995)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, 9th Floor
       San Francisco, CA 94102
7      Telephone: 415.436.7303
       Facsimile:  415.436.6748
8      Email: david.countryman@usdoj.gov

9  Attorneys for United States of America

10
11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        )
                                    )  No. CV 08-2968 WHA
14              Plaintiff,          )
                                    )  PROOF OF PUBLICATION
15        v.                        )
                                    )
16 APPROXIMATELY $23,729 IN UNITED  )
   STATES CURRENCY;                 )
17                                  )
                                    )
18              Defendant.          )
                                    )

19      The United States hereby submits the attached Proof of Publication by The Recorder
20 newspaper.
21
22                                     Respectfully submitted,
23                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
24
25 Dated: 7/8/08                      _____
                                       DAVID B. COUNTRYMAN
26                                     Assistant United States Attorney
27
28

# THE RECORDER

10 United Nations Plaza, 3rd Floor
San Francisco, CA 94102-4911
Public Notice / Legal Advertising (415) 749-5555

Proof of Publication (2010, 2015.5 C.C.P.)

## PUBLIC NOTICE
## C 08-2968 WHA

### STATE OF CALIFORNIA
### COUNTIES OF SAN FRANCISCO
### AND SAN MATEO

*I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years, and not a party to or interested in the above matter. I am the principal clerk of the printer and publisher of THE RECORDER, a newspaper of general circulation printed and published daily except Saturdays, Sundays, and legal holidays, in the City and County of San Francisco with circulation in Alameda, Contra Costa, San Mateo and Santa Clara counties, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the City and County of San Francisco, State of California under the date December 2, 1907, recorded in Record Book 15, at page 155 thereof, and which newspaper was also adjudged a newspaper of general circulation in San Mateo County on December 5, 2001, that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:*

06/19/2008

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 19th day of June, 2008
at San Francisco, California

_____
(Signature)

Record ID: 06/19/08-66906-1037672-3634676-34471

---

**PUBLIC NOTICE OF FORFEITURE ACTION**

No. C 08-2968 WHA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,
  Plaintiff,
v.
APPROXIMATELY $23,729 IN
UNITED STATES CURRENCY;
  Defendant.

A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section § 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A) was filed on June 16, 2008 in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant funds.

In order to contest forfeiture of the in rem defendant funds, any person who asserts an interest in or right against the funds must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.

Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on David B. Countryman, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/16/08
/S/ DAVID B. COUNTRYMAN
Assistant United States Attorney

JOSEPH P. RUSSONIELLO
(CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
DAVID B. COUNTRYMAN
(CSBN 226995)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415.436.7303
Facsimile: 415.436.6748
Email: david.countryman@usdoj.gov
Attorneys for United States of America

No. 1037672   June 19 1t-R