JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:   415.436.6748
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>    v.<br>APPROXIMATELY $23,729 IN UNITED STATES CURRENCY;<br>                Defendant. | No.   C 08-2968 WHA<br><br>CERTIFICATE OF SERVICE |

      The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

    1.    Government Complaint for Forfeiture;

    2.    Warrant of Arrest of Property *In Rem;*

    3.     Public Notice of Forfeiture Action;

    4.    Initial Case Management Scheduling Order;

    5.    Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;

    6.    ECF Registration Information Handout;

    7.    Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

       8.      Booklet Entitled "Dispute Resolution Procedures in the Northern District of California

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Maria Reyna
c/o James Roberts, Esq.
Roberts & Elliott LLP
Ten Almaden Blvd., Suite 500
San Jose, CA 95113

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

     Executed this 17th day of June, 2008, at San Francisco, California.

                                     /S/
                               ALICIA CHIN
                               Paralegal
                               Asset Forfeiture Unit