1   **ROBERTS & ELLIOTT LLP**
    JAMES ROBERTS, SBN 98804
2   SHARMI SHAH SBN 233110
    Ten Almaden Boulevard
3   Suite 500
    San Jose, CA   95113
4   Telephone:   (408) 275-9800
    Fax:         (408) 287-3782
5   e-mail:
    Jroberts@robertselliott.com
6   sshah@robertselliott.com

7   Attorneys for Claimant
    Maria Reyna

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11   United States of America,          )    No. CV 08 2968 WHA
                                        )
12                   Plaintiff,         )    **CERTIFICATION OF NO**
                                        )    **INTERESTED ENTITIES OR**
13   v.                                 )    **PERSONS**
                                        )
14   APPROXIMATELY $23,729 IN UNITED    )
     STATES CURRENCY,                   )
15                                      )
                     Defendant,         )
16   _____ )
                                        )
17   In re,                             )
                                        )
18   Claim of Maria Reyna              )
                                        )
19   _____ )

20        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

21   than the named parties, there is no such interest to report. Signature, Attorney of

22   Record.

23

24                    ROBERTS & ELLIOTT LLP

25   DATED: 7-17-08          By:   _/s/ James Roberts_____
                             JAMES ROBERTS, Esq.
26                           Attorneys for Claimant Maria Reyna

27

28