JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile:  415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                         Plaintiff,  )<br>                                 )<br>                    v.             )<br>                                 )<br>APPROXIMATELY $23,729 IN U.S.  )<br>CURRENCY,                    )<br>                           )<br>                    Defendant.  )<br>_____) | No.  CV 08-02968 BZ<br><br>JUDGMENT OF FORFEITURE |

      UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good
cause shown, it is by the Court on this _2nd_ day of ___March___, 2009, _WDB DC_

      ORDERED, ADJUDGED AND DECREED that ___$18,729 00___ of defendant
$23,729 be, and hereby is, FORFEITED to the United States for disposition by the Attorney
General in accordance with law; and it is FURTHER ORDERED that the instant case be, and
hereby is, DISMISSED.

IT IS SO ORDERED

_(signature)_
HONORABLE BERNARD ZIMMERMAN
United States District Judge